Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

2010 FEB 17 PM 3:17
U S DISTRICT COURT
CLERK
FILED

U.S.A. vs. Lashawna Smith

Docket No. 01-00036-006

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lashawna Smith, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 20 day of December 2002, who fixed the period of supervision at 5-year term of supervised release to follow and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Shall pay special assessment of $100.
2. Shall submit to urinalysis and participate in a substance abuse treatment program, if necessary.

| | |
|---|---|
| 12/20/02: | Conspiracy to Distribute in Excess of 5 Kilograms of Cocaine and in Excess of 50 Grams of Cocaine Ba se; Sentenced to 120 months custody of the Bureau of Prisons, followed by a 5-year term of supervised release to follow. |
| 02/04/04: | Sentence amended. Custody of the Bureau of Prisons for a term of 60 months. Remainder of the sentence to remain the same. |
| 03/21/06: | Released to supervision to the Western District of New York. |
| 08/22/06: | Returned to the Western District of Pennsylvania. Currently supervised by USPO Rosa A. Doherty |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your petitioner reports that the defendant has violated the following conditions of her supervised release:

**The defendant shall not leave the judicial district without the permission of the Court or probation officer.**

On July 2, 2009, Ms. Smith traveled to New York, without permission from the probation officer.

**The defendant shall report to the probation officer as directed and shall submit a truthful and complete written report within the first five days of each month.**

**The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

Ms. Smith has failed to submit a written report since January 2008.

On January 22, 2010 and January 25, 2010, arrangements were made with Ms. Smith, via telephone, to meet at her new residence on January 28, 2010. She failed to answer the door.

On January 28, 2010, this officer left her a business card, inside the door, instructing her to report to our office on January 29, 2010. To date, she has failed to report to our office.

U.S.A. vs. Lashawna Smith
Criminal No. 01-00036-006
Page 2

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, unless as prescribed any a physician.**

Urine samples collected on April 16, 2008, July 10, 2008, September 3, 2008, October 20, 2008, January 14, 2009, and May 4, 2009, have tested positive for marijuana.

**The defendant shall participate in the treatment of substance abuse if necessary.**

Ms. Smith has failed to attend outpatient treatment at the White Deer Run Treatment Center.

**The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

On December 11, 2009, Ms. Smith was cited, by the New Castle police, for Disorderly Conduct. The charge was ultimately withdrawn on February 2, 2010. She failed to notify the probation officer of her contact with the police.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Court Room #3A 3rd Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on March 12, 2010 at 11:30 AM, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 2nd day of March, 20 10 and ordered filed and made a part of the records in the above case.

_____
Gary L. Lancaster
U.S. District Judge

cc: All Counsel
US Marshal
US Probation

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 16, 2010

_____
Rosa A. Doherty
U.S. Probation Officer

_____
Mike DiBiasi
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA